# Exhibit 2

# U.S. Patent No. 8,102,286 ("'286 Patent")

**Exemplary Accused Product**

The Dell Latitude 7389 notebook[1] ("Dell Latitude 7389") infringes at least Claim 1 of the '286 Patent.

**Claim 1**

| Claim 1 | Dell Latitude 7389 |
|---|---|
| [pre] A key panel comprising: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the Dell Latitude 7389 includes a key panel. For example, the Dell Latitude 7389 has a touchscreen and a touch keyboard, as shown below: |

---

[1] Unless otherwise indicated, information in this chart is based on teardown analysis performed on behalf of Neodron.

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7389-2-in-1/spd/latitude-13-7389-2-in-1-laptop (annotation added).<br><br>Photograph of the Dell Latitude 7389's touch keyboard. |
| [a] plurality of keys; and | The Dell Latitude 7389's key panel includes a plurality of keys.<br><br>For example, in its default configuration, the Dell Latitude 7389 includes a touch keyboard having numerous keys: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | Photograph of the Dell Latitude 7389's touch keyboard. |
| [b] control logic operatively coupled to the plurality of keys, the control logic being configured to detect a sensor value of an inactive key surpassing a sensor value of an active key by a select amount and assigning the inactive key as the active key, wherein the key assignment is biased in favor of the currently active key by increasing sensor values of the currently active key. | The Dell Latitude 7389's key panel includes control logic that is operatively coupled to the plurality of keys and configured as claimed.<br><br>For example, the Dell Latitude 7389 has an Intel Core i5-7300U processor that controls, among other things, the device's touch sensing capability: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | System Information — System Summary: OS Name: Microsoft Windows 10 Pro; Version: 10.0.16299 Build 16299; Other OS Description: Not Available; OS Manufacturer: Microsoft Corporation; System Name: DESKTOP-M3RQETU; System Manufacturer: Dell Inc.; System Model: Latitude 7389; System Type: x64-based PC; System SKU: 07AB; Processor: Intel(R) Core(TM) i5-7300U CPU. Screenshot of the Dell Latitude 7389's system specifications. For example, the Intel Core i5-7300U processor works in conjunction with the Dell Latitude 7389's touch controller (chip labeled 7WN42 6) to control the device's touch sensors, including performing measurements on signals from the touch keyboard: |

Page 4

| Claim 1 | Dell Latitude 7389 |
|---|---|
|  | Photograph of the Dell Latitude 7389's touch controller. The Dell Latitude 7389's control logic is configured to detect a sensor value of an inactive key surpassing a sensor value of an active key by a select amount and assign the inactive key as the active key. The key assignment is biased in favor of the currently active key by increasing sensor values of the currently active key. For example, when a user touches the "G" key of the Dell Latitude 7389's touchscreen keyboard, that key becomes the currently active key. |

| Claim 1 | Dell Latitude 7389 |
|---|---|
|  | Photograph of a Dell Latitude 7389 (showing shading of "G" key as the currently active key). <br><br> If the user's touch then slides toward the "H" key (a currently inactive key), that key will be assigned as the active key if the Dell Latitude 7389's control logic detects a sensor value for "H" that surpasses a sensor value for the "G" key (the currently active key) by a select amount: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | Photograph a Dell Latitude 7389 (showing shading of "H" key as the new active key). This key assignment is biased in favor of the currently active key ("G" in this example), and the Dell Latitude 7389 achieves this biasing by increasing sensor values of the currently active key. For example, to illustrate this biasing, below is a photo showing the device's behavior when the user's touch slides from the "G" key toward the "H" key but does not slide far enough into the "H" key region to overcome the control logic's biasing. In that case, "H" will not be assigned as the active key. |

| Claim 1 | Dell Latitude 7389 |
|---|---|
|  | Photograph of a Dell Latitude 7389 (showing that "G" remains the active key despite the user touching part of the "H" key region).<br><br>To further illustrate this biasing toward "G" as the currently active key, below is a photo showing the device's behavior if the user—instead of first touching "G"—begins by touching the same left edge of the "H" key region. |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | <br>Photograph of a Dell Latitude 7389 (showing that "H" would be assigned as active key if left edge of its key region were touched, so long as "G" were not already the currently active key). |