# Exhibit 6

# U.S. Patent No. 8,502,547 ("'547 Patent")

**Exemplary Accused Product**

The Dell Latitude 7389 notebook[1] ("Dell Latitude 7389") infringes at least Claim 1 of the '547 Patent.

**Claim 1**

| Claim 1 | Dell Latitude 7389 |
|---|---|
| [pre] An apparatus comprising: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the Dell Latitude 7389 is a notebook that has a capacitive touchscreen:<br><br>https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7389-2-in-1/spd/latitude-13-7389-2-in-1-laptop (annotation added). |

---

[1] Unless otherwise indicated, information in this chart is based on teardown analysis performed on behalf of Neodron.

| Claim 1 | Dell Latitude 7389 |
|---|---|
| [a] a first sensing element; and | The Dell Latitude 7389's capacitive touchscreen has at least one sensing element.<br><br>https://www.dell.com/en-us/work/shop/dell-laptops-and-notebooks/latitude-7389-2-in-1/spd/latitude-13-7389-2-in-1-laptop (annotation added). |
| [b] a sensing channel operable to generate a first signal indicative of a first capacitance between the sensing element and a system ground; | The Dell Latitude 7389's touchscreen has at least one sensing channel operable to generate a first signal indicative of a first capacitance between the sensing element and a system ground.<br><br>For example, a signal indicative of a first capacitance is generated when a user selects the "a" key on the Dell Latitude 7389's touch keyboard: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | Photograph of the touch keyboard of a Dell Latitude 7389 prior to any selection (top) and with the "a" key selected (bottom). |
| [c] a processor responsive to a change in the first capacitance between the first sensing element and ground, | The Dell Latitude 7389 has at least one processor responsive to a change in the first capacitance between the first sensing element and ground.<br><br>For example, the Dell Latitude 7389 has an Intel Core i5-7300U processor that controls, among other things, the device's touch sensing capability: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | *[Screenshot of System Information window showing: OS Name: Microsoft Windows 10 Pro; Version: 10.0.16299 Build 16299; Other OS Description: Not Available; OS Manufacturer: Microsoft Corporation; System Name: DESKTOP-M3RQETU; System Manufacturer: Dell Inc.; System Model: Latitude 7389; System Type: x64-based PC; System SKU: 07AB; Processor: Intel(R) Core(TM) i5-7300U CPU]* <br><br> Screenshot of the Dell Latitude 7389's system specifications. <br><br> In addition, the Intel Core i5-7300U processor works in conjunction with the Dell Latitude 7389's touch controller (chip labeled 7WN42 6) to control the device's touch screen and is responsive to a change in the first capacitance between the first sensing element and ground: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | Photograph of the Dell Latitude 7389's touch controller. |
| [d] the processor configured to adjust a value of a parameter based on a first duration of the change in the first capacitance. | The Dell Latitude 7389 has at least one processor that is configured to adjust a value of a parameter based on a first duration of the change in the first capacitance.<br><br>For example, when a user selects and holds the "a" key for a duration, the Intel Core i5-7300U processor works in conjunction with the Dell Latitude 7389's touch controller to adjust a value of a parameter based on a first duration of the change in the first capacitance as shown below: |

| Claim 1 | Dell Latitude 7389 |
|---|---|
| | 
Photograph of a Dell Latitude 7389 with the "a" key selected (top) and then held (bottom). |