# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> Plaintiff, <br><br> v. <br><br> DELL TECHNOLOGIES INC., <br><br> Defendant. | Civil Action No. 6:19-cv-00396 |

### JOINT STIULATION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, the above-captioned action was filed by Plaintiff Neodron Ltd. ("Neodron") against Defendant Dell Technologies Inc. ("Dell") in the United States District Court for the District of Texas, Waco Division on June 28, 2019;

WHEREAS, in the above-captioned action, Plaintiff alleges that certain of Dell's products (the "Accused Products") infringe U.S. Patent Nos. 8,102,286; 8,451,237; and 8,502,547;

NOW, THEREFORE, Neodron and Dell, through each's respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(b). Neodron and Dell request that an Order be entered directing the Clerk of Court to transfer the above-captioned case to the Austin Division but to remain on the docket of this Court.

Dated: August 8, 2019

Respectfully submitted,

By: */s/ Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
Brady Cox (TX Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:     (214) 922-3899
mike.newton@alston.com
brady.cox@alston.com

Charles A. Naggar (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016
Phone: (212) 210-9400
Fax:     (212) 210-9444
charles.naggar@alston.com

*Attorneys for Defendant Dell Technologies Inc.*

By: */s/ Kristopher R. Davis*
Kristopher R. Davis
Philip X. Wang
Reza Mirzaie
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Fax:     (310) 826-6991
kdavis@raklaw.com
pwang@raklaw.com
rmirzaie@raklaw.com

*Attorneys for Plaintiff Neodron Ltd.*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 8, 2019.

                                              */s/ Michael J. Newton*
                                              Michael J. Newton